**Order entered November 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00613-CV

### IN THE INTEREST OF M.A.H., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-51726-2011**

## ORDER

We **REINSTATE** this appeal which was abated to allow the trial court an opportunity to make findings of fact and conclusions of law. As the appellate record has been filed, including the supplemental clerk's record containing the requested findings and conclusions, we **ORDER** appellant to file his brief no later than December 17, 2014.

/s/    CRAIG STODDART
        JUSTICE